```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
     AUG - 5 2005
CLERK, U.S. DISTRICT COURT
  By _____
              Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BLUE SKIES ALLIANCE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>and STEPHEN L. JOHNSON,<br>as Acting Administrator of the United States<br>Environmental Protection Agency, *et al.*,<br><br>    Defendants. | Civil Action No.<br>3:04CIV-2169-X R |

### ~~(Proposed)~~ ORDER

Upon consideration of the motion to enter consent decree, it is hereby ordered that the motion is granted. The consent decree shall be signed and entered as an order of this Court.

Executed this 5 day of August, 2005.

*/s/ Jerry Buchmeyer*
HONORABLE JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE

So Stipulated:

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Eileen T. McDonough*
EILEEN T. McDONOUGH
Environmental Defense Section
United States Department of Justice
Post Office Box 23986
Washington, D.C. 20026-3986
telephone: (202) 514-3126
fax: (202) 514-8865
eileen.mcdonough@usdoj.gov

Dated: August 3, 2005

*[signature]*

MARC S. CHYTILO
Law Office of Marc Chytilo
1505 Mission Canyon Rd
Santa Barbara, CA 93105
805/682-0585
Email: airlaw5@cox.net

Dated: 7/12/05

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD D. BURBACH
Deputy Attorney General for Litigation

KAREN W. KORNELL
Assistant Attorney General
Chief, Natural Resources Division

_Jane E. Atwood_
JANE E. ATWOOD
Office of the Texas Attorney General
PO Box 12548
Austin, TX 78711-2548
512/463-2012
Email: jane.atwood@oag.state.tx.us

Dated: July 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first-class mail, postage prepaid, on August 3, 2005, upon:

Marc S. Chytilo
Law Office of Marc Chytilo
1505 Mission Canyon Rd
Santa Barbara, CA 93105
805/682-0585
Email: airlaw5@cox.net

Van H. Beckwith
Matthew Kuryla
Baker Botts - Dallas
2001 Ross Ave
Suite 600
Dallas, TX 75201-2980
214/953-6505
Fax: 214/661-4505 FAX
Email: van.beckwith@bakerbotts.com

Gary E. Zausmer
Jenkens & Gilchrist
One American Center
600 Congress Ave
Suite 2200
Austin, TX 78701
512/499-3800
Fax: 512/404-3520 FAX

Gregg A. Cooke
Guida Slavich & Flores
5949 Sherry Ln
Suite 1150
Dallas, TX 75225
214/692-0009

Jane E. Atwood
Office of the Texas Attorney General
PO Box 12548
Austin, TX 78711-2548
512/463-2012
Email: jane.atwood@oag.state.tx.us

R. Lambeth Townsend
Lloyd Gosselink Blevins Rochelle & Townsend
One Congress Plaza
PO Box 1725
111 Congress Avenue
Suite 1800
Austin, TX 78767
512/322-5800

*Ellen T. McDonough* (signature)