United States Court of Appeals
Fifth Circuit

**FILED**
February 7, 2008

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

---

No. 06-10974

---

D.C. Docket No. 3:04-CV-2169

BLUE SKIES ALLIANCE; DOWNWINDERS AT RISK; PUBLIC CITIZEN; SIERRA CLUB

        Plaintiffs - Appellees

v.

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

        Intervenor - Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Dallas.

Before REAVLEY, SMITH and GARZA, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed.

IT IS FURTHER ORDERED that plaintiffs-appellees pay to intervenor-defendant-appellant the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: APR 0 1 2008

A True Copy
Attest  APR 0 1 2008

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 1, 2008

Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
Room 1452
1100 Commerce Street
Dallas, TX 75242



No. 06-10974 Blue Skies Alliance v. Johnson
    USDC No.  3:04-CV-2169

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

The electronic copy of the record has been recycled.

Enclosed for the district court and counsel is the approved bill of costs.

> Sincerely,
>
> CHARLES R. FULBRUGE III, Clerk
>
> By: _Madeline Chigoy_
> Madeline Chigoy, Deputy Clerk
> 504-310-7691

cc: (letter only)
    Honorable Jerry L Buchmeyer
    Ms Linda B Secord
    Mr Marc Stephen Chytilo

P.S. to Judge Buchmeyer:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion*, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Blue Skies Alliance, Downwinders at Risk, Public Citizen, and Sierra Club, Plaintiffs-Appellees, v. Texas Commission on Environmental Quality, Intervenor-Defendant-Appellant; No. 06-10974

The Clerk is requested to tax the following costs against: Plaintiffs-Appellees

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | 450.00 | | | | 450.00 |
| Appendix or Record Excerpts | 9 | 56 | .05 | 25.20 | 9 | 56 | 0.05 | 25.20 |
| Appellant's Brief | 9 | 69 | .05 | 31.05 | 9 | 69 | 0.05 | 31.05 |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 9 | 39 | .05 | 17.55 | 9 | 39 | 0.05 | 17.55 |
| Other: Tab sheets | 9 | 10 | .03 | 2.70 | 9 | 10 | 0.03 | 2.70 |
| Cover sheets (blue) | 9 | 2 | .45 .15 | 8.10 | 9 | 2 | 0.15 | 2.70 |
| Cover sheets (gray) | 9 | 2 | .21 | 3.78 | 9 | 2 | 0.15 | 2.70 |
| Spiral Binding (1/2 inch size) | 18 | 1 | .07 | 1.26 | 18 | | 0.07 | 1.26 |
| Spiral Binding (3/8 inch size) | 9 | 1 | .09 | 0.81 | 9 | | 0.09 | 0.81 |
| | | | Total $ | 540.45 | | | | 533.97 |

Costs are hereby taxed in the amount of $ 533.97

Costs are taxed in the amount of $ 533.97 this ___ day of APR 0 1 2008

State of ___
County of ___

I Linda B. Secord, do hereby swear under penalty of perjury that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 15th day of February, 2008.

(Signature) Linda B. Secord

Attorney for Texas Commission on Environmental Quality

CHARLES R. FULBRUGE III, CLERK

By _____ Deputy Clerk

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

Attest: APR 0 1 2008
A True Copy
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana

U.S. COURT OF APPEALS
FILED
FEB 21 2008
CHARLES R. FULBRUGE III
CLERK

COURT OF APPEALS RECEIVED FEB 21 2008 NEW ORLEANS, LA